## HEMAN BROWN, JR. *versus* LOWRIN MARSH

JOURNAL ENTRIES (1821–29): *Journal 3:* (1) Continued *p. 205; (2) affidavit filed, continued *p. 278; (3) motion for commission to take deposition granted *p. 371; (4) jury impaneled, verdict *p. 423; (5) witnesses sworn *p. 424; (6) witness sworn *p. 424; (7) motion for new trial *p. 431. *Journal 4:* (8) New trial granted conditionally MS p. 23; (9) continued MS p. 140; (10) motion for security for costs or nonsuit MS p. 321; (11) rule for nonsuit MS p. 340.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) declaration; (5) plea of non assumpsit and notice of set off; (6) similiter; (7) affidavit for continuance; (8) recognizance; (9) plea puis darrein continuance of assignment for benefit of creditors; (10) demurrer to plea and joinder in demurrer; (11–12) verdicts; (13) reasons for new trial; (14–15) affidavits of Wolcott Lawrence; (16) receipt for sheriff's fees; (17) motion for security for costs or nonsuit; (18–19) promissory notes; (20) statement of accounts.

*1821 Calendar*, MS p. 97.